**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 1 3 2011
CLERK, U.S. DISTRICT COURT
By_____
            Deputy
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:11-CR-147-K (15) |
| | ) | |
| JOSE RODOLFO PEREZ-MOSQUEDA | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

JOSE RODOLFO PEREZ-MOSQUEDA, by consent, under authority of United States v.
Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has
entered a plea of guilty to **Count One of the Superseding Indictment** filed on June 21, 2011. After
cautioning and examining the Defendant under oath concerning each of the subjects mentioned in
Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s)
charged is supported by an independent basis in fact containing each of the essential elements of
such offense. I therefore recommend that the plea of guilty and plea agreement be accepted and that
Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   December 13, 2011.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).